IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| Wayne Mosely ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Advancetec, LLC; H&M Mechanical, ) <br> Inc. ) <br> ) <br> Defendants. ) | CASE NO.: 7:14-cv-1724 |

### REPORT OF MEDIATOR

The above matter was mediated by the undersigned on February 25, 2016. As a result of the mediation, the parties reached a settlement which effectively disposes of all claims in this matter.

In accordance with the settlement agreement, counsel for the parties will submit such proposed orders as they deem fit with the request that the action, in its entirety, be dismissed, with prejudice, taxing costs as paid.

Respectfully submitted,

/s/ Michael B. Walls

Michael B. Walls, Mediator, WAL067
UPCHURCH WATSON WHITE & MAX
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on this 26th day of February, 2016.

Jeffrey N. Mykkeltvedt, Esq.
Davis Loftin, Esq.
**Mykkeltvedt & Loftin, LLC**
3001 Lookout Place NE
Atlanta, GA 30305

James C. Gray, III, Esq.
**Lloyd, Gray, Whitehead & Monroe, P.C.**
2501 20th Place South, Suite 300
Birmingham, AL 35223

Kathy R. Davis, Esq.
**Carr Allison**
100 Vestavia Parkway
Birmingham, AL 35216

/s/ Michael B. Walls

Michael B. Walls, Mediator