# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| WAYNE MOSELY, ) | |
| ) | |
| Plaintiff, ) | CASE NO: 7:14-CV-01724-JEO |
| ) | |
| vs. ) | |
| ) | |
| DOSTER CONSTRUCTION ) | |
| COMPANY, INC., ADVANCETEC, ) | |
| LLC, H&M MECHANICAL, INC., ) | |
| J. WAYNE GRIFFIN ELECTRIC, INC., ) | |
| CENTRAL FIRE PROTECTION, INC., ) | |
| AND SUPERIOR MECHANICAL, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, by and through the undersigned counsel, and hereby stipulate to the dismissal of all claims asserted in this lawsuit. The dismissal is intended with prejudice and with the parties to bear their respective attorney's fees and costs.

Respectfully submitted this 13th day of July, 2016.

/s/ J. Michael Comer
J. Michael Comer, (ASB-0580-M71J)
Patterson Comer Law Firm
303 Main Avenue, Ste A
Historic Downtown Northport
Northport, AL 35475

/s/ James C. Gray, III
James C. Gray, III, (ASB-0584-R53J)
Anthony L. Watkins, Jr., Esq.
Lloyd, Gray, Whitehead & Monroe, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223

/s/ Jeffrey Norman Mykkeltvedt
Jeffrey Norman Mykkeltvedt,
ASB-2733-E64M
MYKKELTVEDT & LOFTIN, LLC
3001 Lookout Place, N.E.
Atlanta, GA 30305

/s/ Kathy R. Davis
Kathy R. Davis, (ASB-6173-A26K)
CARR, ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216